UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

BRIAN WALTER BAUM,

                Plaintiff,

-against-

VERIZON SERVICES CORP.,

                Defendant.

Civil Action No.:
5:20-cv-01064 (FJS) (TWD)

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Brian Walter Baum and Defendant Verizon Services Corp., by and through their undersigned counsel who are authorized by their respective clients to execute this Stipulation, that with respect to the above-captioned action, all claims asserted therein by Plaintiff against Defendant be dismissed in their entirety, with prejudice, and with no award of attorneys' fees, costs, and/or disbursements to any party.

By: _____
James D. Hartt, Esq.

JAMES D. HARTT, ESQ., ATTORNEY AT LAW
6 North Main Street, Suite 200f
Fairport, NY 14450
(585) 425-8682
*Attorneys for Plaintiff*

Dated: February 4, 2022

By: _____
Kristi Rich Winters, Esq.
Ryan C. Chapoteau, Esq.

JACKSON LEWIS P.C.
677 Broadway
9th Floor
Albany, NY 12207
(518) 512-8700
*Attorneys for Defendant*

Dated: April 6, 2022

Date: April 7, 2022    IT IS SO ORDERED.

_____
Frederick J. Scullin, Jr.
Senior United States District Judge